1  Eric J. Troutman (SBN 229263)
   *troutman.eric@dorsey.com*
2  Divya S. Gupta (SBN 284282)
   *gupta.divya@dorsey.com*
3  **DORSEY & WHITNEY LLP**
   600 Anton Boulevard, Suite 2000
4  Costa Mesa, CA  92626-7655
   Telephone: (714) 800-1400
5  Facsimile:  (714) 800-1499

6  Attorneys for Defendant
   Wells Fargo Bank, N.A.
7  (Erroneously sued as WELLS FARGO, N.A.)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| DAVID GLOVER, | ) CASE NO: **3:16-cv-06201-JSC** |
|---|---|
| Plaintiff, | ) Assigned to:<br>) Hon. Jon S. Tigar |
| vs. | ) |
|  | ) **JOINT STIPULATION FOR**<br>) **ARBITRATION AND REQUEST FOR** |
| WELLS FARGO, N.A. | ) **DISMISSAL** |
| Defendant. | ) [*Filed Concurrently with [Proposed] Order*] |
|  | ) Action Filed:   October 26, 2016<br>) Trial Date:      None Set |

Pursuant to the express terms of the Consumer Account Agreement, out of which the subject of the Complaint filed in this matter arises, Plaintiff David Glover ("Plaintiff") and defendant Wells Fargo Bank, N.A. ("Wells Fargo"), hereby stipulate that this matter shall be referred to binding arbitration, and that this matter will be dismissed without prejudice.

The parties, through their respective counsel of record, stipulate and agree to the terms as follows:

1. The parties shall submit to binding non-judicial arbitration;

2. The arbitration shall be conducted through the American Arbitration Association;

3. That Wells Fargo be dismissed from this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and that each party shall bear its own attorneys' fees and costs as to this federal court action; and,

4. The parties acknowledge that if Plaintiff chooses to pursue the claims asserted against Wells Fargo in this case, he will do so through arbitration, as required by the agreement that covers the relationship between the parties.

**IT IS SO STIPULATED.**

DATED:  November 21, 2016          KIMMEL & SILVERMAN, P.C.


                                                By: */s/ Rachel Stevens*
                                                    Rachel Stevens
                                                    Amy L. Bennecoff Ginsburg
                                                    Attorneys for Plaintiff, David Glover

DATED:  November 21, 2016          DORSEY & WHITNEY LLP


By: */s/ Eric J. Troutman*
Eric J. Troutman
Divya S. Gupta
Attorneys for Defendant,
Wells Fargo Bank, N.A.
(Erroneously sued as WELLS FARGO, N.A.)

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of November, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Amy Lynn Bennecoff Ginsburg, Esq. (275805)
Rachel Rebecca Stevens, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA  19002
Telephone:  (215) 540-8888
E-mail:  aginsburg@creditlaw.com
E-mail:  rstevens@creditlaw.com

I hereby certify that I have mailed by United States Postal Service the foregoing document to the following non-CM/ECF participants:   N.A.

Respectfully submitted,

*/s/ Eric J. Troutman*
Eric J. Troutman