# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GLOVER,<br><br>     Plaintiff,<br><br>vs.<br><br>WELLS FARGO, N.A.<br><br>     Defendant. | CASE NO: **3:16-cv-06201-JSC**<br><br>Assigned to:<br>Hon. Jon S. Tigar<br><br>[PROPOSED] **ORDER GRANTING STIPULATION TO DISMISS PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE**<br><br>Action Filed:     October 26, 2016<br>Trial Date:        None Set |

---

[PROPOSED] ORDER GRANTING REQUEST FOR DISMISSAL
CASE NO. 3:16-CV-06201-JSC

Pursuant to the Joint Stipulation for Arbitration and Request for Dismissal by Plaintiff David Glover and Defendant Wells Fargo Bank, N.A., and GOOD CAUSE APPEARING:

**IT IS HEREBY ORDERED** that:

1. The parties shall submit to binding non-judicial arbitration;

2. The arbitration shall be conducted through the American Arbitration Association;

3. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and based on the stipulation submitted by the parties, this action is hereby DISMISSED WITHOUT PREJUDICE; and,

4. Each party shall bear its own costs and fees as to this federal court action.

**IT IS SO ORDERED.**

Dated: November 22, 2016

_____
Hon. Jon S. Tigar